United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01354-HWV
Michael Gwynn, Jr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Aug 15, 2024  Form ID: ntcnfhrg  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Gwynn, Jr., 1645 Rosebrook Drive, York, PA 17402-8541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5630243 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2024 19:43:44 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5621024 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2024 19:43:44 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5628832 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2024 19:43:43 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5621025 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 15 2024 19:38:00 | Colonial Savings, PO Box 2988, Fort Worth, TX 76113-2988 |
| 5644140 | + | Email/Text: bankruptcydesk@colonialsavings.com | Aug 15 2024 19:38:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 5621026 | + | Email/Text: documents@socascades.com | Aug 15 2024 19:38:00 | Driveway Finance Corp., 150 North Bartlett Street, Medford, OR 97501-6015 |
| 5630092 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2024 19:38:00 | Driveway Financial Corporation, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5621027 | ^ | MEBN | Aug 15 2024 19:34:02 | KML Law Group, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5621030 | | Email/Text: ml-ebn@missionlane.com | Aug 15 2024 19:38:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 5621028 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 15 2024 19:38:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5621029 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2024 19:43:51 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5621031 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 15 2024 19:38:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5621032 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2024 19:38:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5622367 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2024 19:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5622490 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |

| Recip ID | Bypass | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 15 2024 19:43:43 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5623835 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 15 2024 19:43:47 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5621033 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 15 2024 19:43:47 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5626644 | *+ | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor COLONIAL SAVINGS F.A. blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Michael Gwynn Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Michael Gwynn Jr.,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−01354−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: September 25, 2024 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 15, 2024 |

ntcnfhrg (08/21)