# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 24-01354 |
| Michael Gwynn, Jr. | : Chapter 13 |
| | : Judge Henry W. Van Eck |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

      Respectfully submitted,

      /s/ Adam B. Hall
      Adam B. Hall, Esquire (323867)
      MDK Legal
      P.O. Box 165028
      Columbus, OH 43216-5028
      Telephone: 614-220-5611
      Fax: 614-627-8181
      Attorneys for Creditor
      The case attorney for this file is Adam B. Hall.
      Contact email is ABHall@mdklegal.com

25-018987_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
: Case No.: 24-01354
Michael Gwynn, Jr. : Chapter 13
: Judge Henry W. Van Eck
Debtor(s) : * * * * * * * * * * * * * * * * * * *
:
: Related Document #
:
:
:

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Paul Donald Murphy-Ahles, Attorney for Michael Gwynn, Jr., pmurphy@dplglaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Michael Gwynn, Jr., 1645 Rosebrook Drive, York, PA 17402

/s/ Adam B. Hall

25-018987_PS