# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Michael Gwynn, Jr.<br>**Debtor 1** | **Chapter** 13 |
| | **Case No.** 1:24-BK-01354-HWV |
| Wells Fargo Bank, NA d/b/a Wells Fargo Auto<br>**Movant(s)**<br>v.<br>Michael Gwynn, Jr. | **Matter:** Motion for Relief from the Automatic Stay |
| | **Document No.** 55 |
| **Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Michael Gwynn, Jr., through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Paragraph 1 contains a conclusion of law to which no response is required.

2. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 2 is denied.

3. Admitted.

4. Paragraph 4 contains a conclusion of law to which no response is required.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Upon information and belief, the averment as stated in paragraph 6 is admitted.

7. Upon information and belief, the averment as stated in Paragraph 7 is admitted.

8. Admitted.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 9; therefore, it is denied.

10. Admitted.

11. Admitted.

12. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 12; therefore, it is denied.

13. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 13; therefore, it is denied.

14. Paragraph 14 contains a conclusion of law to which no response is required.

15. Paragraph 15 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: August 4, 2025

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Gwynn, Jr.
**Debtor 1**

Wells Fargo Bank, NA d/b/a Wells Fargo Auto
**Movant(s)**
v.
Michael Gwynn, Jr.

**Respondent(s)**
Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
**Additional Respondent**

**Chapter** 13

**Case No.** 1:24-BK-01354-HWV

**Matter:** Motion for Relief from the Automatic Stay

**Document No.** 55

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, August 4, 2025, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Adam Hall, Esquire
MKD Legal
PO Box 165028
Columbus, OH 43216-5028
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, M-Jur., RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire