## United States Bankruptcy Court

### Middle District of Pennsylvania (Harrisburg)

| | | |
|---|---|---|
| IN RE: | MICHAEL GWYNN JR | CASE NO.: 24-01354 |
| | | CHAPTER: 13 |

Debtors

### Change of address – Payment for Creditor

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/26/2025                                              /s/Lisa Johnson
                                                        Account Resolution Associate Manager
                                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE: MICHAEL GWYNN JR     CASE NO: 24-01354
CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/26/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

09/26/2025           /s/Lisa Johnson
                         Account Resolution Associate Manager
                         Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:24-bk-01354-HWV    Doc 63    Filed 09/26/25    Entered 09/26/25 14:52:26    Desc
Main Document    Page 2 of 2