United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01354-HWV |
| Michael Gwynn, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Sep 24, 2025 | Form ID: ordsmiss | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Gwynn, Jr., 1645 Rosebrook Drive, York, PA 17402-8541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 18:55:10 | c/o Resurgent Capita Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5630243 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2025 18:55:17 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5621024 | | EDI: CAPITALONE.COM | Sep 24 2025 22:40:00 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5628832 | | EDI: CAPITALONE.COM | Sep 24 2025 22:40:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5621025 | + | Email/Text: bankruptcydesk@colonialsavings.com | Sep 24 2025 18:43:00 | Colonial Savings, PO Box 2988, Fort Worth, TX 76113-2988 |
| 5644140 | + | Email/Text: bankruptcydesk@colonialsavings.com | Sep 24 2025 18:43:00 | Colonial Savings F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 5621026 | + | Email/Text: documents@socascades.com | Sep 24 2025 18:42:00 | Driveway Finance Corp., 150 North Bartlett Street, Medford, OR 97501-6015 |
| 5630092 | + | EDI: JEFFERSONCAP.COM | Sep 24 2025 22:40:00 | Driveway Financial Corporation, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5657381 | | EDI: IRS.COM | Sep 24 2025 22:40:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5621027 | ^ | MEBN | Sep 24 2025 18:40:17 | KML Law Group, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5621030 | | Email/Text: ml-ebn@missionlane.com | Sep 24 2025 18:42:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348 |
| 5621028 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 24 2025 18:43:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5621029 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 24 2025 18:55:17 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5621031 | + | EDI: NFCU.COM | Sep 24 2025 22:40:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5621032 | | EDI: PENNDEPTREV | Sep 24 2025 22:40:00 | PA Department of Revenue, Attn: Bankruptcy |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5622367 | | EDI: PENNDEPTREV | Sep 24 2025 22:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5660997 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 18:55:10 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603, Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5660996 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2025 18:55:10 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5622490 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 24 2025 18:55:09 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 5623835 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 25 2025 00:58:29 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5621033 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 24 2025 19:06:06 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5626644 | *+ | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam Bradley Hall | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto amps@manleydeas.com |
| Denise E. Carlon | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| J Eric Kishbaugh | on behalf of Creditor COLONIAL SAVINGS F.A. jkishbaugh@udren.com vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor COLONIAL SAVINGS F.A. bkgroup@kmllawgroup.com wbecf@brockandscott.com |

| | | |
|---|---|---|
| Paul Donald Murphy-Ahles | | on behalf of Debtor 1 Michael Gwynn Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| Stephanie Walczak | | on behalf of Creditor COLONIAL SAVINGS F.A. swalczak@kmllawgroup.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Gwynn Jr.,           Chapter     13

   **Debtor 1**

                                            Case No.     1:24−bk−01354−HWV

### **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 24, 2025

ordsmiss (05/18)