# United States Bankruptcy Court

## Middle District of Pennsylvania (Harrisburg)

IN RE:    MICHAEL GWYNN JR        CASE NO.:  24-01354

                                            CHAPTER:  13


Debtors

### Change of address – Payment  for Creditor

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment  has changed.

| Old Notifications address | New Notifications address |
|---|---|
| | |

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com


09/26/2025                          /s/Lisa Johnson
                                          Account Resolution Associate Manager
                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:24-bk-01354-HWV    Doc 65    Filed 10/02/25    Entered 10/02/25 12:48:44    Desc
Main Document      Page 1 of 2

## Certificate of Service

Middle District of Pennsylvania (Harrisburg)

IN RE:   MICHAEL GWYNN JR           CASE NO:  24-01354

                                          CHAPTER:  13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/26/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

09/26/2025                    /s/Lisa Johnson
                                   Account Resolution Associate Manager
                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

Case 1:24-bk-01354-HWV   Doc 65   Filed 10/02/25   Entered 10/02/25 12:48:44   Desc
Main Document    Page 2 of 2